# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAUTHRON, ROBIN J | WESTERN DISTRICT OF OKLAHOMA | 4/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 3301 U.S. COURTHOUSE <br> 200 N.W. 4TH STREET <br> OKLAHOMA CITY, OK 73102 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Oklahoma Special Olympics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Ass'n & U.S. Sentencing Commission | May 23-25, 2007 | Salt Lake City, Utah | Panelist | 16th Annual National Seminar on the Federal Sentencing Guidelines |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union Oklahoma City, OK | A | Interest | J | T | | | | | See VIII, Explanations |
| 2. Smith Barney, Inc. - Appreciation Fund | A | Dividend | J | T | | | | | |
| 3. John Powell, Ltd. Partnership Tulsa County, OK real est. | | None | K | R | | | | | See VIII, Explanations |
| 4. Winston Oil Co. 1981-1982 Ltd. Partnership, Marion, OH | | None | J | W | | | | | |
| 5. Dage Oil Co., Ltd. Partnership Oklahoma City, OK | | None | J | W | | | | | |
| 6. Mineral interest in Woods County, OK | A | Royalty | J | W | | | | | |
| 7. Persuasive Strategies, LLC | A | Interest | K | T | | | | | |
| 8. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 9. -American Balanced Fund C (mutual fund) | A | Dividend | J | T | | | | | |
| 10. -Capital Income Builder Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 11. -Capital World Growth & Income Fund C (mutual fund) | A | Dividend | J | T | | | | | |
| 12. -Income Fund of America C (mutual fund) | A | Dividend | J | T | | | | | |
| 13. New York Life Ins. (whole life) | A | Interest | J | T | | | | | |
| 14. IRA ACCOUNT #1 | | | | | | | | | |
| 15. -Growth Fund of America (mutual fund) | A | Dividend | J | T | | | | | |
| 16. -Investment Co. of America (mutual fund) | A | Dividend | K | T | | | | | |
| 17. -McData Corp. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -OG&E | A | Dividend | J | T | | | | | |
| 19. -Langston University bonds | A | Interest | J | T | | | | | |
| 20. -Oklahoma City Municipal Bonds | A | Interest | J | T | part. redemp | 11/1 | J | | |
| 21. -Merck (common stock) | A | Dividend | J | T | | | | | |
| 22. -Pfizer (common stock) | A | Dividend | J | T | | | | | |
| 23. -Devon Energy (common stock | A | Dividend | J | T | | | | | |
| 24. Stock Exchange Bank, Woodward, OK | C | Interest | M | T | | | | | |
| 25. Union Bank, Ok City Acct (y) | | | | | | | | | |
| 26. BROKERAGE ACCT #2 | | | | | | | | | |
| 27. -Berkshire Hathaway A | A | Dividend | L | T | | | | | |
| 28. -Langston Universiy bonds | D | Interest | L | T | | | | | |
| 29. -Bank of America Corp. | A | Dividend | | | sell | 11/06 | J | A | |
| 30. -Oklahoma City Municipal Bonds | A | Interest | J | T | part. redemp | 11/1 | J | | |
| 31. -St. Louis, Mo. Land Clearance Municipal Bond | A | Interest | J | T | | | | | |
| 32. -General Electric Co. | A | Dividend | J | T | buy | 10/20 | J | | |
| 33. -Sandridge Energy Co. | A | Dividend | K | T | buy | 11/15 | K | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. Investments and Trusts

Line 1 - Federal Employees Credit Union changed its name to Allegiance Credit Union

Line 3 - John Powell Limited Partnership was purchased in 1973 for $26,000.

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 4/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544